**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| CONDEMNATION OF FEE SIMPLE TITLE TO 0.069 ACRES OF VACANT LAND AND CERTAIN EASEMENTS OWNED BY BRANDYWINE VILLAGE ASSOCIATES (UPI # 30-5-226) AND CONDEMNATION OF FEE SIMPLE TITLE TO 1.93 ACRES AND A TEMPORARY GRADING EASEMENT OVER 0.26 ACRES OF VACANT LAND OWNED BY L&R PARTNERSHIP AND JOHN R. CROPPER (UPI #30-2-47) FOR A PUBLIC STREET | : : : : : : : : : : : : : | No. 581 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: BRANDYWINE VILLAGE ASSOCIATES, L&R PARTNERSHIP, AND JOHN R. CROPPER | : : : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.